UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:24 CR 432-001 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| PHORNELL BURKE, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jennifer Dowdell Armstrong, regarding the change of plea hearing of Phornell Burke, which was referred to the Magistrate Judge with the consent of the parties.

On November 14, 2024 the government filed a 9 count Indictment, charging Defendant Phornell Burke in counts 1, 2, 3, 4, 6, 7, 8 and 9 with Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, Distribution of Fentanyl, Distribution of Methamphetamine, Attempted Possession with Intent to Distribute Cocaine, Possession with Intent to Distribute Controlled Substances, Maintaining a Premises for the Purpose of Drug Trafficking, and Interstate Travel in Aid of Racketeering, in violation of Title 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)( C ), 841(a)(1) and (b)(1)(B), 846, 841(a)(1), (b)(1)(A) and (b)(1)( C ), 856(a)(2), and Title 18 U.S.C. §1952(a)(3) and 2. On November 18, 2024, Magistrate Judge Amanda M. Knapp held an arraignment, at which time Mr. Burke entered a plea of not guilty to the charges. On November 4, 2025 Magistrate Judge Armstrong received Defendant's plea of guilty to counts 1, 2, 3, 4, 6, 7, 8 and 9, of the Indictment, with a written plea agreement and issued a Report and Recommendation

("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Phornell Burke is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Phornell Burke is adjudged guilty to counts 1, 2, 3, 4, 6, 7, 8, and 9 of the Indictment in violation of Title 21 U.S.C. §§ 846, 841(a)(1) and (b(1)(C), 841(a)(1) and (b)(1)(B), 841(a)(1), (b)(1)(A) and (b)(1)(C), 856(a)(2), and Title 18 U.S.C. §1952(a)(3) and 2. This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on February 23, 2026 at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

December 4, 2025